UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

In re:

JOSEPH PAUL ZADA

Case No. 10-54291
Chapter 7
Honorable Steven Rhodes

Debtor.
_____/

In re:

EQUEST PROPERTIES, LLC.

Case No. 10-55191
Chapter 7
Honorable Steven Rhodes

Debtor.
_____/

## AMENDED STIPULATION TO ENTRY OF ORDER DISMISSING CERTAIN CLAIMS FOR RELIEF AND CANCELLING EVIDENTIARY HEARING

Sergei Fedorov, by his counsel, Jaffe Raitt Heuer & Weiss, and Patrick O'Keefe & Associates, Receiver, by Varnum, his counsel, stipulate as follows:

1. The Court entered an Order of Dismissal dismissing the above bankruptcy cases without prejudice in response to a motion filed by Fedorov.

2. In a Supplemental Motion for Termination of the Automatic Stay, Dismissal, and Relief under Section 543(D)(2), Fedorov requested that the Court dismiss the cases with prejudice.

3. The Court fixed an evidentiary hearing for July 13, 2010, in relation to the request for dismissal with prejudice.

4. The only two parties seeking the dismissal with prejudice are Fedorov and the Receiver, each of whom has determined not to seek such relief at this time.

5. Accordingly, the Receiver, Fedorov and debtors Joseph P. Zada and Equest

Properties, LLC stipulate to the dismissal of the request for dismissal of these cases with prejudice and to cancellation of the evidentiary hearing, as set forth in the order attached as Exhibit A.

Respectfully submitted,

VARNUM
Attorneys for Receiver
By: /s/ Steven T. Buquicchio
Michael S. McElwee (P36088)
Steven T. Buquicchio (P62076)
Timothy P. Monsma (P72245)
Counsel for the Receiver
Bridgewater Place, 333 Bridge Street, N.W.
Grand Rapids, MI 49504
(616) 336-6000

JAFFE, RAITT, HEUER & WEISS, P.C.

By: /s/ Louis P. Rochkind
Louis P. Rochkind (P24121)
Counsel for Sergei Federov
27777 Franklin, Suite 2500
Southfield, Michigan 48034
Tel: (248) 351-3000
lrochkind@jaffelaw.com

ALOIA & ASSOCIATES, P.C.

By: /s/ Benjamin J. Aloia
Benjamin J. Aloia (P54424)
Co-Counsel for Joseph P. Zada
Co-Counsel for Equest Properties, LLC
48 South Main Street, Suite 3
Mt. Clemens, MI 48043
Tel: (586) 783-3300
aloia@aloiaandassociates.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

In re:

JOSEPH PAUL ZADA

Case No. 10-54291
Chapter 7
Honorable Steven Rhodes

Debtor.
_____/

In re:

EQUEST PROPERTIES, LLC.

Case No. 10-55191
Chapter 7
Honorable Steven Rhodes

Debtor.
_____/

## ORDER DISMISSING CERTAIN CLAIMS FOR RELIEF AND CANCELLING EVIDENTIARY HEARING

Sergei Fedorov, by his counsel, Jaffe Raitt Heuer & Weiss, and Patrick O'Keefe & Associates, Receiver, by Varnum, his counsel, having stipulated to the entry of this order, and after such hearing and notice as the Court deems appropriate,

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The request by Fedorov and the Receiver to dismiss these bankruptcy cases with prejudice, is hereby dismissed without prejudice.

2. The evidentiary hearing scheduled for July 13, 2010, in relation to the request for dismissal with prejudice is cancelled.